UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHUKRULLO DZHUNAYDOV,

                Plaintiff,

  -against-

EMERSON ELECTRIC CO., HOME DEPOT     **ORDER**
U.S.A., INC. ONE WORLD TECHNOLOGIES,   No. 12-CV-2188 (FB) (RER)
INC., TECHTRONIC INDUSTRIES NORTH
AMERICA INC. AND TECHTRONIC
INDUSTRIES COMPANY LIMITED,

                Defendants.
-------------------------------------------------------------x

*Appearances:*                               *For the Defendants:*
*For the Plaintiff:*                          ROSARIO M. VIGNALI
GARY TODD CERTAIN, ESQ.          Wilson, Elser, Moskowitz, Edleman &
MICHAEL ZILBERG, ESQ.            Dicket, LLP
Certain & Zilberg, PLLC               3 Gannett Drive
909 Third Avenue, 28th Floor        West Harrison, NY 10604
New York, NY 10022

**BLOCK, Senior District Judge:**

        Defendant's motion for summary judgment is denied as premature. *See* FED. R. CIV. P. Rule 56(d). In particular, the licensing agreement may offer additional evidence to refute the claim by defendant Emerson Electric Co. that it was the mere trademark licensor and had no involvement in the design, manufacture, sale or distribution of the subject saw. *See Automobile Inc. Co. of Hartford Connecticut v. Murray, Inc.*, 571 F. Supp.2d 408, 429 (W.D.N.Y. 2008) (extending liability to trademark licensors who are not within the formal chain of manufacture, sale or distribution, when the licensor is "capable of exercising control over [the] quality [of the product].").

1

The stay on discovery is lifted. Defendant Emerson Electric Co. shall produce within thirty (30) days a copy of the licensing agreement to plaintiff, together with any further discovery as directed by Magistrate Judge Reyes.

**SO ORDERED**.

    /S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
December 23, 2013