UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHUKRULLO DZHUNAYDOV,

                Plaintiff,

     -against-

EMERSON ELECTRIC CO., HOME DEPOT        **ORDER**
U.S.A., INC. ONE WORLD TECHNOLOGIES,    No. 12-CV-2188 (FB) (RER)
INC., TECHTRONIC INDUSTRIES NORTH
AMERICA INC. AND TECHTRONIC
INDUSTRIES COMPANY LIMITED,

                Defendants.
-------------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*
GARY TODD CERTAIN, ESQ.
MICHAEL ZILBERG, ESQ.
Certain & Zilberg, PLLC
909 Third Avenue, 28th Floor
New York, NY 10022

*For the Defendants:*
ROSARIO M. VIGNALI
Wilson, Elser, Moskowitz, Edleman &
Dicket, LLP
3 Gannett Drive
West Harrison, NY 10604

**BLOCK, Senior District Judge:**

        Defendant's motion for summary judgment is denied as premature. *See* FED.
R. CIV. P. Rule 56(d). In particular, the licensing agreement may offer additional evidence
to refute the claim by defendant Emerson Electric Co. that it was the mere trademark
licensor and had no involvement in the design, manufacture, sale or distribution of the
subject saw. *See Automobile Inc. Co. of Hartford Connecticut v. Murray, Inc.,* 571 F. Supp.2d
408, 429 (W.D.N.Y. 2008) (extending liability to trademark licensors who are not within the
formal chain of manufacture, sale or distribution, when the licensor is "capable of
exercising control over [the] quality [of the product].").

1

The stay on discovery is lifted. Defendant Emerson Electric Co. shall produce within thirty (30) days a copy of the licensing agreement to plaintiff, together with any further discovery as directed by Magistrate Judge Reyes.

**SO ORDERED**.

_/S/ Frederic Block_
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
December 23, 2013